# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shelly Linn, | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant(s), | ) | 3:17cv00062-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Langdon M. Cooper, et al, | ) | |
| Appellees). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2017 Order.

August 8, 2017

Signed: August 8, 2017

Frank G. Johns, Clerk
United States District Court